AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

2:18-mc-113

#447

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

| | |
|---|---|
| Harold Katz and June Katz | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:07-cv-03823 |
| Brian Somerman | ) |
| *Defendant* | ) |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __04/28/2009__.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 12/21/17

WILLIAM T. WALSH
CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

APR 16 2018

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY

RECEIVED
AT 8:30
APR 28 2009
WILLIAM T. WALSH
CLERK

| | |
|---|---|
| HAROLD KATZ AND JUNE KATZ | : Hon. Joel A. Pisano, U.S.D.J. |
| Plaintiff | : |
| vs. | : |
| | : Civil Action No. 07-3823 (JAP) |
| BRIAN SOMERMAN | : |
| Defendant | : Civil Action |

**ORDER**

This matter having been brought before the court by Dennis J. Cummins, Jr., Esq., attorney for the Plaintiffs Harold Katz and June Katz, and notice having been given to Peter L. Johnston, Esq., counsel for the Defendant Brian Somerman, and the court having considered the matter and good cause having been shown, and with no opposition,

IT IS on this 28 day of April, 2009, ORDERED:

1. That this matter is hereby reopened for the purposes of converting the settlement to a judgment against Defendant Brian Somerman.

2. That judgment is hereby entered in favor of Plaintiffs Harold and June Katz and against Defendant Brian Somerman in the amount of $20,000.00.

denied. JP

3. That Dennis J. Cummins, Jr., Esq. is awarded counsel fees in the amount of $_____, said amount to be paid by Defendant Brian Somerman within \_\_\_\_ days of the date hereof.

_____
JOEL A. PISANO, U.S.D.J.

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
WILLIAM T. WALSH, CLERK
By_____
Deputy Clerk

2

# DENNIS J. CUMMINS, JR.

COUNSELLOR AT LAW
24-07 BROADWAY
FAIR LAWN, NEW JERSEY 07410

(201) 797-3415
(201) 797-2757 FAX

DJCFL@OPTONLINE.NET

April 12, 2018

US District Court
District of Eastern Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

  Re: Harold & June Katz v. Brian Somerman
    NJ case No. 3:07-cv-03823

Dear Sir or Madam:

  I represent the plaintiffs in the above referenced matter. The Defendant is in Pennsylvania. I enclose herewith for filing a certified copy of the judgment entered against the Defendant in the US District Court, District of New Jersey. I also enclose a check for $46.00.

  Would you please file this NJ judgment in the District of Eastern Pennsylvania and return a copy to me marked "filed". In the alternative, please email an electronic acknowledgement of the filing.

  I thank you for your courtesies in this matter.

          Very truly yours,

          DENNIS J. CUMMINS, JR.

DJC/jr

Enc.

APR 16 2018